PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, as Trustee, Plaintiff, *v.* HARRIMAN BUILDING CORPORATION et al., Defendants.

ROBERT S. HIRSCH, Appellant; LEE S. BUCKINGHAM et al., Constituting the First Mortgage Bondholders' Committee, et al., Respondents.

Submitted October 13, 1942; decided November 25, 1942.

*I. Arnold Himber* for appellant.

*Louis G. Bernstein, Julius J. Rosenberg* and *Wilmurt B. Linker* for respondents.

*G. Wallace Bates* and *Wilkie Bushby* for plaintiff.

Appeal dismissed, without costs, on the ground that the order does not finally determine the proceeding within the meaning of the Constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, CONWAY and DESMOND, JJ. Taking no part: LEWIS, J.